UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

TIANYU MIN,

Plaintiff,

v.

SCOTT VELEZ, New York District Director, U.S. Citizenship and Immigration Services; TODD BLANCHE, Attorney General of the United States; MARKWAYNE MULLIN, Secretary, Department of Homeland Security; and NEBRASKA SERVICE CENTER, U.S. Citizenship and Immigration Services,

Defendants.

---------------------------------------------------------------x

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Civil Action No.
26-cv-4288

(Matsumoto, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: New York, New York
August 27, 2026

JIA LAW GROUP, P.C.
*Counsel for Plaintiff*
88 Pine Street, 18th Floor
New York, New York 10005

By: /s/ Jason Jia
Jason Jia, Esq.
(347) 897-6199
jason.jia@jiaesq.com

Dated: Brooklyn, New York
August 27, 2026

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
*Counsel for Defendants*
271-A Cadman Plaza East
Brooklyn, New York 11201

By: Logan J. Gowdicott
Logan J. Gowdicott
Assistant U.S. Attorney
(718) 254-7509
Logan.Gowdicott@usdoj.gov

So Ordered:
Kiyo A. Matsumoto
U.S. District Judge
9/9/2026.